**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2637

_____

| | | |
|---|---|---|
| Arlie Nelson; Alice Nelson; Charles Nelson; Woodrow Nelson, | * * * | |
| Appellants, | * * | |
| v. | * * | |
| Federal Land Bank of Omaha, also known as Federal Intermediate Credit Bank of Omaha, also known as Farm Credit Bank of Omaha; Federal Land Bank of the Midlands, A Corporation; Farm Credit Services of Norfolk, A Corporation; Norwest Bank of Sioux City; Sid Copeland; Merritt C. Warren; Edward G. Hannon; James A. Heimes; John Does, | * * * * * * * * * * | Appeal from the United States District Court for the District of Nebraska.  **[UNPUBLISHED]** |
| Appellees. | * | |

_____

Submitted: February 6, 1998
Filed: February 26, 1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Arlie Nelson, Alice Nelson, Charles Nelson, and Woodrow Nelson appeal the district court's[1] dismissal of their complaint for failure to state a claim under Fed. R. Civ. P. 12 (b)(6). After careful review of the record and the parties' briefs, we conclude defendants Merritt Warren and Edward Hannon are entitled to absolute immunity and the Nelsons' claims are barred by the applicable statutes of limitations. We deny the Nelsons' motion for leave to file affidavits and exhibits. Accordingly, we affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The HONORABLE WILLIAM G. CAMBRIDGE, Chief Judge, United States District Court for the District of Nebraska.